AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Lauck, M H. | 2. Court or Organization<br><br>United States District for the Eastern District of Virginia | 3. Date of Report<br><br>05/19/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U.S. District Court, EDVA
701 East Broad Street, Suite 6112
Richmond, VA 23219-3528

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Custodian | Wells Fargo Custodial Accounts |
| 2. | Board Member | Federal Bar Association |
| 3. | Council Member | State-Federal Judicial Council of Virginia |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | ████████████ |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lauck, M H. | 05/19/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Dana DiCarlo and Scott Plank | Weekend trip: food and lodging | $4,500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lauck, M H. | 05/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo bank accounts | A | Interest | L | T | | | | | |
| 2. Wells Fargo Custodial bank accounts | A | Interest | J | T | | | | | |
| 3. Brokerage account #1 (H) | | | | | | | | | |
| 4. - Exxon | A | Dividend | J | T | | | | | |
| 5. - International Business Machines | A | Dividend | J | T | | | | | |
| 6. - Pfizer | A | Dividend | J | T | | | | | |
| 7. - Under Armor, Inc. | | None | K | T | | | | | |
| 8. - Verizon | A | Dividend | J | T | | | | | |
| 9. Brokerage account #2 (H) | | | | | | | | | |
| 10. - AT&T | A | Dividend | J | T | | | | | |
| 11. - Baxalta (X) | A | Dividend | J | T | | | | | |
| 12. - Baxter Int'l Inc | A | Dividend | J | T | | | | | |
| 13. - Celgene Corp | | None | J | T | Sold (part) | 08/07/15 | J | C | |
| 14. - ConocoPhillips | A | Dividend | J | T | | | | | |
| 15. - Devon Energy Corp New | A | Dividend | | | Sold | 06/09/15 | J | A | |
| 16. - Dun & Bradstreet Corp Del New | A | Dividend | J | T | | | | | |
| 17. - Dunkin Brands Group Inc | A | Dividend | J | T | Sold (part) | 08/07/15 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lauck, M H. | 05/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - E M C Corp Mass | A | Dividend | | | Sold (part) | 01/13/15 | J | | |
| 19. | | | | | Sold | 07/30/15 | J | | |
| 20. - Eaton Corp | A | Distribution | J | T | | | | | |
| 21. -General Electric Company | A | Dividend | J | T | Sold (part) | 08/07/15 | J | | |
| 22. - International Business Machines | A | Dividend | J | T | | | | | |
| 23. - Lowes Companies | A | Dividend | J | T | Sold (part) | 01/13/15 | J | B | |
| 24. - Nuance Communications Inc | | None | J | T | | | | | |
| 25. - Omnicon | A | Dividend | J | T | Sold (part) | 08/07/15 | J | B | |
| 26. - Paypal Holdings | | None | J | T | Buy | 08/06/15 | J | | |
| 27. - Target Corp | A | Dividend | J | T | Sold (part) | 01/13/15 | J | B | |
| 28. - Travelers Cos Inc Com | A | Dividend | J | T | Sold (part) | 08/07/15 | J | C | |
| 29. - US Bankcorp Del Com New | A | Dividend | J | T | Sold (part) | 01/13/15 | J | A | |
| 30. - Wells Fargo & Co New | A | Dividend | J | T | | | | | |
| 31. - Canadian Imperial Bank Bond | A | Interest | | | Redeemed | 12/11/15 | J | | |
| 32. - Home Depot Inc Bond | A | Interest | J | T | | | | | |
| 33. - Int'l Paper Co Bond | B | Interest | K | T | | | | | |
| 34. - Kohl's Corp Bond | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lauck, M H. | 05/19/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Fidelity Tax Free Money Market | A | Interest | K | T | | | | | |
| 36. GE SSP program (retirement) (H) | | | | | | | | | |
| 37. - GE Stock Fund | A | Dividend | J | T | | | | | |
| 38. - GE US Eqty fund | B | Dividend | J | T | | | | | |
| 39. - GE Income Fund | A | Dividend | J | T | | | | | |
| 40. TIAA CREF (retirement) (H) | | | | | | | | | |
| 41. - TIAA Traditional | | None | L | T | | | | | |
| 42. - CREF Stock R2 | | None | M | T | | | | | |
| 43. - CREF Growth | | None | K | T | | | | | |
| 44. - CREF Equity Index | | None | K | T | | | | | |
| 45. - CREF Social Choice | | None | K | T | | | | | |
| 46. AT&T (Custodian) | A | Dividend | J | T | | | | | |
| 47. Pepco Holdings (Custodian) | A | Dividend | J | T | | | | | |
| 48. BNY Mellon (Custodian) | A | Dividend | J | T | | | | | |
| 49. Dominion Resources | A | Dividend | J | T | | | | | |
| 50. VA529 College Savings Plan, prepaid, age-based, no control | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lauck, M H. | 05/19/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VI. Investments: Line 11 Baxalta common stock was spunoff during the year from line 12 Baxter International.

Part VI. Investments: Line 20. Income from Eaton Corp had in the past been reported as dividend income when it is in fact non-dividend distributions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ M H. Lauck**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544